THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. RICE, Appellant, *v.* FRANK MOSS et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Rice* v. *Moss*, 42 App. Div. 196, appeal dismissed.
(Submitted November 21, 1899; decided December 5, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 27, 1899, upon an order affirming an order of Special Term dismissing an alternative writ of mandamus.

*Francis G. Moore* and *Mortimer A. Ruger* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley*, of counsel), for respondents.

Appeal dismissed, with costs, on authority of *People ex rel. Durant Land Imp. Co.* v. *Jeroloman* (139 N. Y. 14); *People ex rel. Jacobus* v. *Van Wyck* (157 N. Y. 495) and *People ex rel. Steinson* v. *Board of Education* (158 N. Y. 125).
All concur.